1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   KIMPO TEANG,                    No. 2:11-cv-00024-MCE-DAD

12          Plaintiff,

13      v.

                                     **NON-RELATED CASE ORDER**
14   GMAC MORTGAGE, LLC,

15          Defendant.
     _____/
16
     KIMPO TEANG,                    No. 2:11-cv-01379-MCE-DAD
17
            Plaintiff,
18
        v.
19
     FEDERAL NATIONAL MORTGAGE
20   ASSOCIATION, et al.,

21          Defendants.
     _____/
22
     KIMPO TEANG,                    No. 2:12-cv-00885-JAM-EFB
23
            Plaintiff,
24
        v.
25
     HOMECOMINGS FINANCIAL, LLC,
26   et al.,

27          Defendants.
     _____/
28

                                    1

1     The Court has received the Notice of Related Cases
2  concerning the above-captioned cases filed June 8, 2012.  <u>See</u>
3  Local Rule 123, E.D. Cal. (1997).  The Court has determined,
4  however, that it is inappropriate to relate or reassign the
5  cases, and therefore declines to do so.  This order is issued for
6  informational purposes only, and shall have no effect on the
7  status of the cases, including any previous Related (or Non-
8  Related) Case Order of this Court.
9     IT IS SO ORDERED.
10  Dated: July 5, 2012

11
12                    _____
13                    MORRISON C. ENGLAND, JR.
14                    UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2